IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02641-WYD-MJW

FRANKA KAY CHAMBERLAIN,

Plaintiff(s),

v.

CAMDEN DEVELOPMENT, INC., a Delaware corporation,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling Conference, filed with the Court on February 16, 2006, is GRANTED.  The Scheduling Conference set on February 27, 2006, at 9:00 a.m., is VACATED based upon the settlement of this case, as represented by the parties.

FURTHER, it is ORDERED that the parties shall submit their written Stipulation for Dismissal to Judge Daniel on or before February 28, 2006.

Date: February 17, 2006