IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02641-WYD-MJW

FRANKA KAYE CHAMBERLAIN,

    Plaintiff,

v.

CAMDEN DEVELOPMENT, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation of Dismissal With Prejudice filed March 13, 2006.  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation of Dismissal with Prejudice is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs except as noted in the parties' Settlement Agreement.

Dated:  March 15, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge